RECEIVED
2005 JUL 28 A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Thomas Savage
_____
Full name and prison number
of plaintiff(s)

v.

W. R. Collins,
_____
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv692-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____
      _____

      Defendant(s) _____
      _____

   2. Court (if federal court, name the district; if state court, name the county) _____
      _____


3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Montgomery Municipal jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Montgomery Municipal jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                    ADDRESS

1. *W. R. Collins, P. O. Drawer 159, Montg, Alabama 36195*

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Denied Procedural Due Process of Law,*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendant deprived Plaintiff of Twenty U.S. Dollars, based on a unconstitutional jail Policy, without affordden Plaintiff procedural due process of Hearing, thereby, Defendants denied Plaintiff

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For collectal, cruel an usual punishment damages, Plaintiff seek Ninty-eight Thousand U.S. Dollars, as a gift, for kepts, plus attorney fee.

*Thomas Savage*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-27-05.
(Date)

*Thomas Savage*
Signature of plaintiff(s)

4

procedural due process of law, before Defendants deprived Plaintiff of Twenty U.S. Dollars, thereby, Defendants deprived Plaintiff of liberty, pursuit of happiness, without Defendant affordden Plaintiff procedural due process of law, thereby, Defendants has subjected Plaintiff to violations of constitutional fundamental First, Fourth, Fifth, Sixth, Eighth, Fourteenth Amendment rights to the U.S. Constitution,